A.G. FILE # AX0693

No. **14 06502**

## STATE OF TENNESSEE
## V.
## PAMELA MOSES

Indictment for
TAMPERING WITH EVIDENCE
FORGERY UNDER $1,000
RETALIATION FOR PAST ACTION
PERJURY
STALKING
IMPERSONATION OF A LICENSED PROFESSIONAL
IMPERSONATION OF A LICENSED PROFESSIONAL
HARASSMENT
HARASSMENT
AGGRAVATED PERJURY

| T.C.A. | SCATS CODE |
|---|---|
| T.C.A. 39-16-503 | SCATS CODE - 21137 |
| T.C.A. 39-14-114 | SCATS CODE - 30060 |
| T.C.A. 39-16-510 | SCATS CODE - 21142 |
| T.C.A. 39-16-702 | SCATS CODE - 21156 |
| T.C.A. 39-17-315 | SCATS CODE - 21859 |
| T.C.A. 39-16-302 | SCATS CODE - 21134 |
| T.C.A. 39-16-302 | SCATS CODE - 21134 |
| T.C.A. 39-17-308 | SCATS CODE - 21176 |
| T.C.A. 39-17-308 | SCATS CODE - 21176 |
| T.C.A. 39-16-703 | SCATS CODE - 21157 |

Witnesses:

Summon for the State

R.FLETCHER                          TENNESSEE BUREAU OF INVESTIGATION

R. FLETCHER
Prosecutor

**A True Bill** ✓

_[signature]_
Foreperson of the Grand Jury

Date Indictment Returned: 12/18/14

Exhibit B