S T A T E   O F   T E N N E S S E E

To All Sheriffs of State of Tennessee- GREETING;

You Are Hereby Commanded to take the body of
PAMELA MOSES

If to be found in your County, and him safely keep, so that you have him before the Judge of the Criminal Court of Shelby County, at a term of said Court, to be held for the County of Shelby, at the Court House in Memphis, then and there answer the State of Tennessee, on a TRUE Bill of Indictment, against him for

| Charge | Statute | Case # |
|---|---|---|
| TAMPERING WITH/FABRICATING EVIDENCE | 39-16-503 | 14 06502 |
| FORGERY $1000 OR LESS | 39-14-114 | 14 06502 |
| RETALIATION AGAINST JUROR/WITNESS | 39-16-510 | 14 06502 |
| PERJURY | 39-16-702 | 14 06502 |
| STALKING | 39-17-315 | 14 06502 |
| MISUSE OF OFFICIAL INFORMATION | 39-16-404 | 14 06502 |
| MISUSE OF OFFICIAL INFORMATION | 39-16-404 | 14 06502 |
| HARASSMENT | 39-17-308 | 14 06502 |
| HARASSMENT | 39-17-308 | 14 06502 |
| AGGRAVATED PERJURY | 39-16-703 | 14 06502 |

Hereinfail not and have you then and there this Writ.
WITNESS, RICHARD L. DESAUSSURE III       , Clerk of said Court, at office, in Memphis.

RICHARD L. DESAUSSURE III       ,Clerk

_____ D.C.

Exhibit

D

A TRUE COPY ATTEST
DATE 7-7-15
NAME R. [illegible]
CRIMINAL COURT CLERK