15-2806

Pamela Moses

v

Amy Weirich,
et al

**SHERYL H. LIPMAN**

15-2806

Pamela Moses

v

Amy Weirich

**DIANE K. VESCOVO**