# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 10, 2016

Ms. Pamela J. Moses
P.O. Box 80564
Memphis, TN 38018

Re:  Case No. 16-5278, *Pamela Moses v. Amy Weirich, et al*
     Originating Case No. : 2:15-cv-02806

Dear Ms. Moses:

   The Court issued the enclosed Order today in this case.

                              Sincerely yours,

                              s/Jeanine R. Hance
                              Case Manager
                              Direct Dial No. 513-564-7037

cc:  Mr. Thomas M. Gould

Enclosure

Case No. 16-5278

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

PAMELA J. MOSES, all individaully and on behalf of others similarly situated

      Plaintiff - Appellant

v.

AMY P. WEIRICH; RICHARD DESAUSSURE; BILL OLDHAM; ROBERT MOORE, in their individual capacities; CITY OF MEMPHIS POLICE DEPARTMENT; MAYOR AC WHARTON

      Defendants - Appellees

 

Upon consideration of the appellant's motion to reinstate the case,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                          **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  May 10, 2016
_____